**Order entered May 10, 2021**



In the
### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-20-00962-CV

## IN THE INTEREST OF C.W., C.W., AND C.W., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-19-01219**

## ORDER

We **REINSTATE** this appeal.

By order dated April 2, 2021, we ordered the trial court to conduct a hearing on the record and make written findings as to as to (1) whether a hearing was held on September 22, 2020 or on a different date and (2) if a hearing was held, (a) whether it was recorded and (b) the names of the persons present at the hearing. A supplemental clerk's record containing the trial court's written findings was due on April 27, 2021. Although the trial court conducted a hearing on April 8, 2021, a supplemental clerk's record with the trial court's written findings has not been filed

nor has the reporter's record of that hearing been filed. Accordingly, we **ORDER** the trial court to make written findings as set forth above.

We **ORDER** Dallas County District Clerk Felicia Pitre to file, by **May 18, 2021**, a supplemental clerk's record containing the trial court's written findings. We **ORDER** Marty Grant, Official Court Reporter for the 304th Judicial District Court, to file, by **May 18, 2021**, a reporter's record of the hearing and, if a hearing was held and recorded on September 22, 2020 or another date, the reporter's record of that hearing.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Andrea Martin Lane, Presiding Judge of the 304th Judicial District Court; Ms. Grant; Felicia Pitre, Dallas County District Clerk; and, all parties.

/s/    CORY L. CARLYLE
       JUSTICE